IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02080-REB-KLM

SPACECON SPECIALITY CONTRACTORS, LLC,

    Plaintiff,

v.

RICHARD BENSINGER, an individual,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend Order Setting Scheduling/Planning Conference to Extend Final Date for Rule 26(f)(1) Scheduling Conference** [Docket No. 8; Filed October 7, 2009] (the "Motion")

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The parties shall conduct their prescheduling conference on or before **October 22, 2009**.  The parties are reminded of their obligation to submit a proposed scheduling order and their confidential settlement statements on or before October 23, 2009.

Dated:  October 7, 2009