IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02080-REB-KLM

SPACECON SPECIALITY CONTRACTORS, LLC,

    Plaintiff,

v.

RICHARD BENSINGER, an individual,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Modify Scheduling Order Deadlines** [Docket No. 46; Filed March 29, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order is amended as follows:

| | |
|---|---|
| Expert Disclosure Deadline | May 6, 2010 |
| Rebuttal Expert Disclosure | June 1, 2010 |
| Discovery Cut-Off | June 14, 2010 |
| Settlement Conference | June 16, 2010 |
| Dispositive Motion Deadline | July 1, 2010 |
| Expert (Fed. R. Evid. 702) Motion Deadline | July 1, 2010 |
| Final Pretrial Conference | July 12, 2010 at 11:00 a.m. |

    Because the date for the Trial Preparation Conference and the date for Trial to a Jury have been set by District Court Judge Robert E. Blackburn, this Court cannot alter those deadlines.

Dated: April 5, 2010