IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02080-REB-KLM

SPACECON SPECIALTY CONTRACTORS, LLC,

    Plaintiff,

v.

RICHARD BENSINGER, an individual

    Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER
## TO EXTEND DISCOVERY CUTOFF FOR DEPOSITION

Plaintiff Spacecon Specialty Contractors, LLC ("Spacecon") and Defendant Richard Bensinger ("Mr. Bensinger"), respectfully move the Court to amend the discovery cutoff only to allow Plaintiff to take the Rule 30(b)(6) deposition of the Carpenters District Council Of Kansas City And Vicinity ("District Council") on Tuesday, June 15, 2010, for the reasons set forth below:

1.    Pursuant to the Court's Order of April 5, 2010 [Docket No. 48], the Discovery Cutoff in this case is Monday, June 14, 2010.

2.    Plaintiff served a Rule 30(b)(6) deposition subpoena on the District Council and noticed the deposition for Tuesday, June 2, 2010.

3. The District Council has determined and advised counsel for both parties that the representative appropriate to testify for the District Council on the matters specified in Plaintiff's subpoena is unavailable before June 15.

4. Counsel for the District Council and for both parties in this case are available on June 15 and have agreed to reschedule the deposition to June 15, **subject to** the Court's granting the requested one day extension of the Discovery Cutoff for that purpose

5. A proposed order is submitted with this joint motion.

Dated May 27, 2010:

| | |
|---|---|
| *s/ Lawrence W. Marquess* | *s/ Richard Rosenblatt* |
| Lawrence W. Marquess<br>Chris Leh<br>Danielle L. Kitson<br>LITTLER MENDELSON<br>A Professional Corporation<br>1200 17th Street<br>Suite 1000<br>Denver, CO  80202.5835<br>Telephone:  303.629.6200<br><br>ATTORNEYS FOR PLAINTIFF SPACECON SPECIALTY CONTRACTORS, LLC | Richard Rosenblatt, Esq.<br>RICHARD ROSENBLATT & ASSOCIATES, LLC<br>8085 E. Prentice Avenue<br>Greenwood Village, CO 80111-2745<br>Telephone:  303.721.7399<br><br>*s/ Daniel M. Shanley*<br><br>Daniel M. Shanley, Esq.<br>DECARLO, CONNOR & SHANLEY, P.C.<br>533 South Fremont Avenue, 9th Floor<br>Los Angeles, California 90071-1706<br>Telephone:  213.488.4100<br><br>ATTORNEYS FOR DEFENDANT RICHARD BENSINGER |