IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02080-REB-KLM

SPACECON SPECIALITY CONTRACTORS, LLC,

    Plaintiff,

v.

RICHARD BENSINGER, an individual,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion to Vacate Settlement Conference** [Docket No. 68; Filed June 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Settlement Conference set for June 16, 2010 at 1:30 p.m. is **VACATED**.

Dated: June 10, 2010