IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02080-REB-KLM

SPACECON SPECIALTY CONTRACTORS, LLC,

    Plaintiff,

v.

RICHARD BENSINGER, an individual,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Extend the Discovery Cut-off for Purpose of Allowing the Deposition of Spacecon Principal Robert Yelinski** [Docket No. 185; Filed January 27, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Defendant shall have up to and including **February 28, 2011** to complete the deposition of Robert Yelinski, if and only if Plaintiff successfully completes the deposition of Robert Clift.

    Dated: January 28, 2011