**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02080-REB-KLM

SPACEON SPECIALTY CONTRACTORS, LLC,

    Plaintiff,

v.

RICHARD BENSINGER, an individual,

    Defendant.

_____

**ORDER RE:  MOTIONS TO PERMIT ELECTRONIC EQUIPMENT, INCLUDING THOSE WITH CAMERAS, INTO THE COURTROOM**
_____

**Blackburn, J.**

    The following motions are before me for consideration: (1) plaintiff **Spacecon's Motion To Bring Electronic Equipment Into The Courtroom** [#270]; and (2) **Defendant Richard Bensinger's Motion To Bring Electronic Equipment Into The Courtroom** [#273] both filed February 18, 2011.  After reviewing the motions and the file, I conclude that the motions should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That  plaintiff **Spacecon's Motion To Bring Electronic Equipment Into The Courtroom** [#270] filed February 18, 2011, is **GRANTED**;

    2.  That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic device, the following individuals are **PERMITTED** to each bring into the courthouse and the courtroom the following equipment for the duration of the trial:

a) Lawrence W. Marquess, counsel for plaintiff - a laptop computer and cell phone with camera, during the trial on March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011, from 8:00 a.m. to 5:00 p.m.;

b) Christopher M. Leh, counsel for plaintiff - a laptop computer and cell phone with camera, during the trial on March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011, from 8:00 a.m. to 5:00 p.m.;

c) Danielle L. Kitson, counsel for plaintiff - a laptop computer and cell phone with camera, during the trial on March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011, from 8:00 a.m. to 5:00 p.m.;

d) Allison R. Cohn, counsel for plaintiff - a laptop computer and cell phone with camera, during the trial on March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011, from 8:00 a.m. to 5:00 p.m.;

e) Karin Elsen, counsel's staff member - a laptop computer and cell phone with camera, during the trial on March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011, from 8:00 a.m. to 5:00 p.m.; and

f) Bryan Briggs, counsel's staff member - a laptop computer and cell phone with camera, during the trial on March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011, from 8:00 a.m. to 5:00 p.m.;

3. That **Defendant Richard Bensinger's Motion To Bring Electronic Equipment Into The Courtroom** [#273] filed February 18, 2011, is **GRANTED**;

4. That subject to **D.C.COLO.L.Civ.R 83.B.**, which prohibits the use in the courthouse of the audio, video, or photographic recording function of any electronic

device, that the following individuals are **PERMITTED** to each bring into the courthouse and the courtroom the following equipment for court training and for the duration of the trial:

    a)    Daniel M. Shanley, counsel for defendant - a laptop computer and cell phone with camera, March 2, 2011 from 10:00 a.m. to 11:00 a.m for court training, and from March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011 from 8:00 a.m. to 5:00 p.m.;

    b)    Jody Borrelli, counsel for defendant - a laptop computer and cell phone with camera, March 2, 2011 from 10:00 a.m. to 11:00 a.m for court training, and from March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011 from 8:00 a.m. to 5:00 p.m.;

    c)    Richard Rosenblatt, counsel for defendant - a laptop computer and cell phone with camera, March 2, 2011 from 10:00 a.m. to 11:00 a.m for court training, and from March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011 from 8:00 a.m. to 5:00 p.m.;

    d)    Thomas B. Kelley, counsel for defendant - a laptop computer and cell phone with cameras, March 2, 2011 from 10:00 a.m. to 11:00 a.m for court training, and from March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011 from 8:00 a.m. to 5:00 p.m.;

    e)    Steven David Zansberg, counsel for defendant - a laptop computer and cell phone with cameras, March 2, 2011 from 10:00 a.m. to 11:00 a.m for court training, and from March 7, 8, 9, 10, 14, 15, 16,

                17, 21, and 22, 2011 from 8:00 a.m. to 5:00 p.m.; and

       f)       Nelda Piper, counsel for defendant - a laptop computer and cell phone with cameras, March 2, 2011 from 10:00 a.m. to 11:00 a.m for court training, and from March 7, 8, 9, 10, 14, 15, 16, 17, 21, and 22, 2011 from 8:00 a.m. to 5:00 p.m.; and

5. That each person who is permitted by this order to enter the courthouse with electronic equipment **SHALL PRESENT** a copy of this order to the Court Security Officers stationed at the entrance of the courthouse.

Dated February 22, 2011, at Denver, Colorado.

                                              **BY THE COURT:**

                                              Robert E. Blackburn
United States District Judge