**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02080-REB-KLM

SPACECON SPECIALITY CONTRACTORS,

    Plaintiff,

v.

RICHARD BENSINGER,

    Defendant.

**ORDER APPROVING JUROR QUESTIONNAIRE**

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.[1]

    Dated February 23, 2011 at Denver, Colorado.

                                           **BY THE COURT:**

                                           Robert E. Blackburn
                                           United States District Judge

---

[1] The court received and reviewed carefully the defendant's proposed additional questions for inclusion in the juror questionnaire. *See* [#281] filed February 22, 2011. The court finds that the proposed questions and the related subject matter are best addressed, if permitted at all, in open court jury voir dire examination of prospective jurors.